**Order entered August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00224-CR
No. 05-14-00225-CR
No. 05-14-00226-CR

**WILLIAM PAUL HUDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-82440-2011, 416-82442-2011, 416-82443-2011**

## ORDER

Appellant's August 17, 2014 motion for extension of time to file appellant's brief is **GRANTED**. Appellant's brief received by the Clerk of the Court on August 15, 2014 is **DEEMED** timely filed on the date of this order.

The records on appeal do not contain copies of the trial court's certifications of appellant's right to appeal. Accordingly, we **ORDER** the trial court to prepare and file, within **FOURTEEN DAYS** of the date of this order, certifications of appellant's right to appeal in these cases. *See* TEX. R. APP. P. 25.2(d).

/s/    LANA MYERS
         JUSTICE